*Ex parte*, STEPHEN J. FIELD.

</div>

Where an order of the district court, fining and imprisoning for contempt does not specify on its face wherein the contempt consisted, it will be reversed on *certiorari*.

CERTIORARI to the district court of the eighth judicial district. This matter came up on return to the *certiorari* heretofore issued. (See *The People, ex rel. Stephen J. Field* v. *Turner, ante, p.* 152.) The facts will be found stated in the case referred to.

*Stephen J. Field*, in *pro. per.*

*By the Court*, LYONS, J. On the return to the writ of *certiorari* heretofore issued, it appears that the order made by the court of the eighth judicial district is the same as that which was before us on the application for the writ. The impressions expressed in the opinion then delivered, have been confirmed by subsequent investigation and reflection. The

order returned by the writ of *certiorari* is therefore reversed
and vacated.

Ordered accordingly.